**ROANNE L. MANN**                        DATE: December 18, 2020
**UNITED STATES MAGISTRATE JUDGE**     START: 12:00 PM
                                                                              END: 2:00 PM

**DOCKET NO:** 20-cv-2536 (MKB)

**CASE:** Hinds v. Select Portfolio Servicing, et al.

| | |
|---|---|
| ☐ INITIAL CONFERENCE | ☐ OTHER/ORDER TO SHOW CAUSE |
| ☐ DISCOVERY CONFERENCE | ☐ FINAL/PRETRIAL CONFERENCE |
| X SETTLEMENT CONFERENCE | X TELEPHONE CONFERENCE |
| X MOTION HEARING | ☐ INFANT COMPROMISE HEARING |

**PLAINTIFF**

                                                               **ATTORNEY**

| | |
|---|---|
| | Andrea Tan, Catherine Isobe, Rachel Geballe |

**DEFENDANT**

                                                               **ATTORNEY**

| | |
|---|---|
| | Brian McGrath, Mitra Singh |

☐ FACT DISCOVERY TO BE COMPLETED BY _____
☐ SETTLEMENT CONFERENCE SCHEDULED FOR _____
☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
☐ PL. TO SERVE DEF. BY: _____     DEF. TO SERVE PL. BY: _____

**RULINGS:** **PLEASE TYPE THE FOLLOWING ON DOCKET SHEET**

For the reasons stated on the record, plaintiffs' [20] motion to compel is granted in substantial part, with the parties largely agreeing to resolve the issues raised in plaintiff's motion. Defendants agree to respond to Interrogatory 11 and to make a further production of relevant non-privileged documents, including additional policies and procedures, documents from the SPS dispute folders and emails from a few agreed-upon custodians.  In particular, the non-privileged contents of the dispute folders, to the extent they relate to plaintiffs' account, must be produced.  Defendants must also produce a privilege log for any documents withheld on grounds of privilege.  Defendants' supplemental production must be made on a rolling basis, to be completed by January 11, 2021.  The continuation of the Rule 30(b)(6) deposition of defendants is limited to four hours.  Fact discovery is reopened and must be completed by January 29, 2021.  Plaintiffs' expert disclosures must be served by February 26, 2021; defendants' rebuttal expert disclosure by March 26, 2021; and expert depositions completed by April 30, 2021.  Requests for a premotion conference are due by May 10, 2021.

Settlement discussions held.  Each party is directed to respond to the Court's settlement recommendation, via email, by December 21, 2020 at 5:00 p.m.